**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BERNARDO SANTANA,

        Plaintiff,

v.                                                                Case No.  3:23-cv-677-MMH-PDB

SHERIFF T.K. WATERS, et al.,

        Defendants.

_____/

## O R D E R   O F   D I S M I S S A L

**THIS CAUSE** is before the Court on the Notice of Stipulated Dismissal With Prejudice (Dkt. No. 55; Stipulation) filed on October 2, 2024.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.  Accordingly, it is hereby

**ORDERED:**

1.   This case is **DISMISSED with prejudice**.

2.   Each party shall bear their own costs and attorney's fees.

3.    The Clerk of the Court is directed to terminate all pending motions

and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 3rd day of October,

2024.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record